EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda a las Reglas 6, 7 , 10, 11, 12, 13, 14, 19, 27, 30 y 45 de las Reglas de Administración del Sistema de Personal, etc. | 2002 TSPR 90<br><br>157 DPR \_\_\_\_ |

Número del Caso: EP-2002-02

Fecha: 28/junio/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda a las Reglas 6, 7, 10,
11, 12, 13, 14,19, 27,30 y 45
de las Reglas de Administración
del Sistema de Personal de la
Rama Judicial y Enmienda a los
Artículos 9.4, 10.1, 10.2, 10.5,
10.6, 10.10 y 15.1 del Reglamento
de la Administración del sistema
de Personal de la Rama Judicial

RESOLUCION

San Juan, Puerto Rico, a 28 de junio de 2002

Previa recomendación de la Directora Administrativa de los Tribunales, se enmiendan las Reglas de Administración del Sistema de Personal de la Rama Judicial, según enmendadas, en vigor desde el 30 de agosto de 1974, y el Reglamento de la Administración del Sistema de Personal de la Rama Judicial, según enmendado, en vigor desde el 30 de agosto de 1974, como se dispone en la presente Resolución.

Se enmiendan las Reglas 6, 7, 10, 11, 12, 13, 14, 19, 27, 30 y 45, de las Reglas de Administración del Sistema de Personal de la Rama Judicial para que lean como sigue:

## Regla 6.  Asignación de Puestos

(1)  Luego de establecido el Plan de Clasificación, el Juez Presidente del Tribunal Supremo, **o la persona en quien éste delegue**, asignará cada puesto existente en los Servicios Central y Uniforme a la clase que corresponda y tendrá la autoridad para asignar los puestos que se creen en el futuro a una clase o podrá cambiar un puesto de una clase a otra clase.

(2)    Será responsabilidad de los distintos funcionarios de la Rama Judicial notificar al Juez Presidente del Tribunal Supremo, **o a la persona en quien éste delegue,** cualquier cambio sustancial y permanente a introducirse a algún puesto en particular o de la creación de un puesto nuevo.

(3)    Cuando se modifique el Plan de Clasificación, el Juez Presidente del Tribunal Supremo, **o la persona en quien éste delegue,** asignará o reasignará inmediatamente los puestos afectados a las clases que corresponden dentro del Plan de Clasificación así modificado.

## Regla 7.   Reasignación de Puestos

**(1)    La reasignación de puestos significa la determinación oficial por parte del Juez Presidente,** o de la persona en quien éste delegue, **de que un puesto asignado a una clase determinada pertenece a una clase distinta.**

(2)    El Juez Presidente, **o la persona en quien éste delegue,** podrá reasignar un puesto cuando medie una de las causas siguientes:

...

## Regla 10. Derecho de revisión del personal afectado por la asignación o reasignación de los puestos que ocupan

El personal afectado por la asignación o reasignación de un puesto que no esté conforme con la misma tendrá derecho a radicar ante el Juez Presidente, **o la persona en quien éste delegue,** una solicitud de reconsideración en o antes de transcurridos quince (15) días de habérsele notificado esta acción.  De la determinación tomada por el Juez Presidente, **o la persona en quien éste delegue,** el querellante podrá recurrir ante la Junta de Personal de la Rama Judicial dentro del término de quince (15) días subsiguientes a la notificación.

## Regla 11. Plan de Retribución

El Juez Presidente establecerá un Plan de Retribución que cubra todos los puestos de la Rama Judicial, incluyendo al Director(a) Administrativo(a) de los Tribunales y todos los Jueces.  Mediante este Plan se fijarán las escalas de retribución en las cuales se asignarán todas las clases de puestos incluidos en el Plan de Clasificación.  Estas escalas de retribución consistirán de un tipo mínimo y un máximo y varios tipos intermedios a determinarse en forma justa y equitativa para el mejoramiento económico del personal.

…

## Regla 12.   Mantenimiento del Plan de Retribución

Será responsabilidad del Juez Presidente, **o de la persona en quien éste delegue,** revisar y mantener al día el Plan de Retribución para retribuir adecuadamente al personal de la Rama Judicial.

## Regla 13.   Reglamento de Retribución

El Juez Presidente, **o la persona en quien éste delegue**, designará un Comité para establecer un Reglamento de Retribución para instrumentar y aplicar el Plan de Retribución a las distintas transacciones de personal en que se afecte la retribución de los funcionarios o empleados.

Luego de establecido el Reglamento el Comité tendrá las siguientes funciones:

(1)     ...

(2)  Será responsable de llevar a cabo cualquier otra función relacionada que le asigne el Juez Presidente, **o la persona en quien éste delegue**, y que ayude a la mejor consecución de los propósitos para los cuales fue creado el Plan de Retribución de la Rama Judicial.

## Regla 14. Estructura del Comité de Retribución

El Comité de Retribución estará compuesto por cinco (5) miembros, tres (3) de los cuales serán designados por el Juez Presidente de entre los funcionarios y empleados de la Rama Judicial y los otros dos (2) miembros a ser elegidos de entre el propio personal, uno (1) en representación del personal del Servicio Central y el otro en representación del Servicio Uniforme, los últimos dos (2) a ser nombrados por el término de tres (3) años.  El Presidente de este Comité será designado por el Juez Presidente, **o por aquella persona en quien éste delegue**.

## Regla 19.  Establecimiento de los Registros de Elegibles

El Juez Presidente, **o la persona en quien éste delegue**, con sujeción a las normas adoptadas por Reglamento, establecerá y conservará los registros necesarios, conforme las necesidades del servicio.

## Regla 27.  Licencias

…

El Juez Presidente, **o la persona en quien éste delegue**, determinará las fechas en que los funcionarios y empleados, excepto los Jueces del Tribunal Supremo, podrán disfrutar de sus vacaciones anuales dentro del transcurso de cada año en la forma más compatible con las necesidades del servicio.  Cada funcionario o empleado tendrá derecho a disfrutar dicha licencia de vacaciones durante un período no menor de quince (15) días laborables consecutivos en cada año natural.

...

## Regla 30.  Programa de Adiestramiento

El Juez Presidente, **o la persona en quien éste delegue**, desarrollará un programa de adiestramiento para la Rama Judicial, de manera que los servicios que se presten estén a tono con los más modernos principios y técnicas del campo particular de trabajo de cada funcionario o empleado.

## Regla 45.  Situaciones no Previstas en estas Reglas

Cuando no se hubiere previsto una norma o procedimiento en estas Reglas, el Juez Presidente, **o la persona en quien éste delegue**, podrá reglamentar su práctica en cualquier forma que no sea inconsistente con las mismas o con cualquier disposición de ley aplicable."

Se enmiendan los Artículos 9.4, 10.1, 10.2, 10.5, 10.6, 10.10 y 15.1 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial para que dispongan lo siguiente:

**Art. 9.4 – <u>Apelaciones de Asignaciones o Reasignaciones de Puestos</u>**

Cualquier empleado afectado por la asignación o reasignación de un puesto tendrá derecho a presentar una solicitud escrita de reconsideración ante el Juez Presidente, **o la persona en quien éste delegue**, en o antes de transcurridos 15 días laborables de haberle sido notificada la acción de asignación o reasignación. El Juez Presidente, **o la persona en quien éste delegue**, decidirá y notificará al empleado. De no estar conforme con la determinación del Juez Presidente, **o la persona en quien éste delegue**, el empleado podrá recurrir ante la Junta de Personal de la Rama Judicial dentro del término de 15 días de haber recibido la notificación.

La Junta celebrará una vista sobre la querella y notificará al Juez Presidente, **o a la persona en quien éste delegue**, y al empleado sobre su decisión la cual será definitiva.

**Art. 10.1 – <u>Plan de Retribución</u>**

Acorde con el principio establecido de que los empleados deben recibir retribución justa que guarde proporción con los servicios que prestan, y de acuerdo con una buena administración de personal y al poder que le ha sido delegado por la Regla 11, L.P.R.A., Ap. XII, el Juez Presidente, **o la persona en quien éste delegue**, hará que se prepare un Plan de Retribución para todos los puestos en la Rama Judicial. Dicho Plan deberá estar en plena armonía con el Plan de Clasificación y con el principio constitucional de igual paga por igual trabajo y no entrará en vigor hasta ser aprobado por el Tribunal Supremo. El referido Plan contendrá tres elementos fundamentales:

a)...
b)...
c)...

**Art. 10.2 – <u>Bases para Determinar y Establecer las Escalas de Retribución</u>**

Con el propósito de que las escalas de retribución sean lo más justas posibles, al establecerlas y modificarlas, se tomarán en cuenta los deberes y responsabilidades de los puestos y, entre otros, los siguientes factores:

a) ...

b) ...

c) ...

d) ...

e) ...

f) aquellos otros factores que el Juez Presidente, **o la persona en quien éste delegue**, determine apropiados.

## Art. 10.5 – Aumentos en la Retribución

El Juez Presidente, con arreglo a los recursos fiscales que tenga disponible el Tribunal General de Justicia en determinado momento, podrá conceder aumentos en la retribución de los empleados en reconocimiento al mérito de la labor realizada y a los años de servicios satisfactorios prestados.

**a)...**

**b)...**

**c)...**

**d)...**

**e)...**

**f) Otros Aumentos**

El Juez Presidente, **o la persona en quien éste delegue**, podrá conceder aumentos de sueldo de aplicación general o a aquellos empleados que determine necesario, ya sea mediante la concesión de pasos o aumentos de sueldo mediante cantidad específica. Estos se regirán por las normas o directrices que al efecto se emitan.

## Art. 10.6 – Extensión de las Escalas de Retribución

a)...

b)...

c)…

d)...

e)...

f) Los pasos se concederán en base anual y por el equivalente de un (1) paso, a menos que existan circunstancias excepcionales en cuyo caso el señor Juez Presidente, **o la persona en quien éste delegue**, podrá autorizar la concesión de dos (2) o más pasos.

## Art. 10.10 – Obvenciones

a) Cuando a juicio del Juez Presidente, **o de la persona en quien éste delegue**, las exigencias del servicio requieran se provea a los empleados viviendas, comidas, hospedaje, uniformes o cualquier otro beneficio, éste determinará el monto del beneficio apropiado a la forma en que se proveerá el mismo.

## Art. 15.1 – Renuncia

Todo funcionario o empleado que desee renunciar deberá presentar su renuncia, por escrito al Juez Presidente, **o aquella persona en quien éste delegue,** con no menos de 15 días de antelación a su último día de trabajo, excepto en los casos de los jueces en que la carta de renuncia debe dirigirse al Hon. Gobernador por conducto del Juez Presidente. La renuncia no podrá estar condicionada en forma alguna y una vez presentada no podrá ser retirada

sin el consentimiento del Juez Presidente **o de aquella persona en quien éste delegue."**

**Esta Resolución tendrá vigencia inmediata.**

**Publíquese.**

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo